IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

THOMAS BURNS, #226 375          *

    Plaintiff,                  *

    v.                          *          2:09-CV-100-SRW
                                           (WO)
LOUIS BOYD, WARDEN,             *

    Defendant.                  *

_____

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby ENTERED in favor of Defendant and against Plaintiff, and that this action is DISMISSED with prejudice as moot.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

DONE, this 25th day of January, 2011.


                    /s/ Susan Russ Walker
                    SUSAN RUSS WALKER
                    CHIEF UNITED STATES MAGISTRATE JUDGE